UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENARO VALENTINE MORALES,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:23-cv-00614-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 16) |

Plaintiff Genaro Valentine Morales ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under the Social Security Act. (Doc. 1). On June 23, 2023, Defendant filed the applicable administrative record. (Doc. 14). On July 11, 2023, Plaintiff noticed a permitted 30-day extension of time continuing Plaintiff's due date to file a motion for summary judgment to August 23, 2023. (Doc. 15).

Pending before the Court is the parties' stipulated request, filed on August 3, 2023, to extend the time within which Plaintiff must file a motion for summary judgment. (Doc. 16). The stipulation request the Court extend Plaintiff's date to file an opening brief from August 23, 2023, to October 23, 2023. *Id*. at 1. For the reasons set forth in the stipulation, the Court finds good cause to grant the requested extension.

Accordingly, pursuant to o the stipulation, IT IS HEREBY ORDERED:

1. Plaintiff shall file the motion for summary judgment by October 23, 2023; and
2. The timelines for the filing of a response brief and reply shall be governed by the Court's Scheduling Order (Doc. 8).

IT IS SO ORDERED.

Dated:   **August 4, 2023**

_____
UNITED STATES MAGISTRATE JUDGE